**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Alexander COBOS, also known as**
**Moe, Defendant-Appellant.**

**No. 16-11059**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed June 22, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern

---

District of Texas, Dallas, TX, for Plaintiff-Appellee

Alexander Cobos, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alexander Cobos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cobos has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cobos's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Cobos's motion to file a pro se brief is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

